

## IN THE
## TENTH COURT OF APPEALS

---

### No. 10-21-00329-CV

## IN RE GERMANIA SELECT INSURANCE COMPANY

---

### Original Proceeding

**From the County Court at Law
Walker County, Texas
Trial Court No. 13630CV**

---

## MEMORANDUM OPINION

---

Relator Germania Select Insurance Company's "Motion for Voluntary Dismissal" is granted. Relator's "Petition for Writ of Mandamus" and "Motion for Emergency Stay" are dismissed.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition dismissed
Opinion delivered and filed December 15, 2021
[OT06]

